# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JEFFRY D. JOHNSON,**　　　　　　　　) <br> ) <br> **Plaintiff,**　　　) <br> ) <br> v.　　　　　　　　　　　　　　　　　　　) <br> ) <br> **CAROLYN W. COLVIN,**　　　　　　　) <br> **Acting Commissioner of the Social**　　) <br> **Security Administration,**　　　　　　　) <br> ) <br> **Defendant.**　　　) | Case No. CIV-15-193-SPS |

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 22] entered contemporaneously herewith, the Court hereby renders judgment in favor of the Plaintiff and against the Defendant pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 1st day of September, 2016.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**